IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BROWN, #212271, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:14-CV-578-WKW |
| ) | [WO] |
| KIM TOBIAS THOMAS and ) | |
| DEWAYNE ESTES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

On November 13, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 18.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

An appropriate final judgment will be entered separately.

DONE this 8th day of December, 2014.

                                       /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE